UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RAPHAEL GENAO,

            Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
PARKS AND RECREATION,

           Defendant.
------------------------------------------------------------X

JUDGMENT
04-CV-2893 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 27 2005 ★
BROOKLYN OFFICE

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on May 23, 2005, granting the Parks Department's motion to dismiss; and dismissing the case; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Parks Department's motion to dismiss is granted; and that the case is dismissed.

Dated: Brooklyn, New York
       May 26, 2005

                                        s/Robert C. Heinemann
                                        ROBERT C. HEINEMANN
                                        Clerk of Court